# Court of Appeals
# of the State of Georgia

ATLANTA,  May 07, 2019

*The Court of Appeals hereby passes the following order:*

### A19A1845. CHARNISSA PITTMAN v. ENVISION PROPERTY MANAGEMENT.

This case began as a dispossessory proceeding in magistrate court between plaintiff Envision Property Management and defendant Charnissa Pittman. In February 2018, the magistrate court entered judgment in favor of the plaintiff and issued a writ of possession. Pittman appealed to the state court. On May 2, 2018, the state court also entered judgment in favor of the plaintiff and issued a writ of possession. In September 2018, Pittman filed a motion for reconsideration, which the state court denied. Pittman filed this appeal on December 27, 2018. We, however, lack jurisdiction.

First, an appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review, and the failure to follow our discretionary application procedure is grounds for dismissal. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995).

Second, while a notice of appeal generally must be filed within 30 days of entry of the order sought to be appealed under OCGA § 5-6-38 (a), the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335 (715 SE2d 752) (2011). The underlying subject matter here is a dispossessory judgment. Under OCGA § 44-7-56, appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). The proper and timely filing of

an appeal is an absolute requirement to confer jurisdiction on this Court. Id. at 523. Moreover, the filing of a motion for reconsideration does not extend the time for filing a notice of appeal, and the denial of a motion for reconsideration is not itself a directly appealable order. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Thus, Pittman's notice of appeal – filed 239 days after the state court's order entering judgment for the plaintiff – is also untimely.

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__05/07/2019_____*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*